IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Jacqueline Gross Binstock, | ) | |
| | ) | Case No. 1:09-cr-073 |
| Defendant. | ) | |

_____

On December 16, 2010, the court released defendant on the condition that she is to remain at the New Freedom Center and participate in treatment.

On December 23, 2010, defendant filed a motion to amend the conditions of her release. Therein, she requested the court's permission to leave the New Freedom Center on January 10, 2011, so that she could attend a hearing scheduled in a state criminal action currently pending against her in Stark County, North Dakota. She further advised the court that defense counsel was willing and able to transport her to this hearing.

The court **GRANTS** defendant's request (Docket No. 38). On January 10, 2011, at 12:00 p.m., defendant shall be permitted to leave the New Freedom Center in the company of defense counsel so that she may attend proceedings scheduled in her state criminal case. She is to report back to the New Freedom Center by 7:00 p.m. on January 10, 2011.

**IT IS SO ORDERED.**

Dated this 29th day of December, 2010.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr.
United States Magistrate Judge